MARK J. BOURASSA, ESQ.
Nevada Bar No. 7999
TRENT L. RICHARDS, ESQ.
Nevada Bar No. 11448
**THE BOURASSA LAW GROUP, LLC**
8668 Spring Mountain Road, Suite 101
Las Vegas, Nevada 89117
Tel: (702) 851-2180
Fax: (702) 851-2189
mbourassa@bourassalawgroup.com
trichards@bourassalawgroup.com
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KARI HAMILTON, an individual | Case No.: 2:11-cv-2119-JCM-CWH |
| Plaintiff, | |
| vs. | **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |
| PLUSFOUR, INC, a Nevada corporation, | |
| Defendant. | |

PLEASE TAKE NOTICE that Defendant, PLUSFOUR, INC, is hereby voluntarily dismissed from the above-entitled action with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(i). The matter has settled, Defendant has not filed any responsive pleading in this matter and has not incurred any filing fees. As such, this action is now dismissed in its entirety.

DATED this 16 day of March 2012.

THE BOURASSA LAW GROUP, LLC

TRENT L. RICHARDS, ESQ.
Nevada Bar No. 11448
8668 Spring Mountain Road, Suite 101
Las Vegas, Nevada 89101
Telephone: (702) 851-2180
Facsimile: (702) 851-2189

-1-

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** was electronically filed this 16 day of March 2012, and is available for viewing and downloading from the ECF System of the United States District Court for the District of Nevada.

The undersigned further certifies that a true and correct copy of the foregoing document was served by mailing a copy thereof, first class mail, postage prepaid, this 16 day of March 2012 as follows:

Brian D. Shapiro, Esq.
Law Office of Brian D. Shapiro
228 S. 4th Street, Ste. 300
Las Vegas, Nevada 89101

An employee of
The Bourassa Law Group, LLC